ROBERT K. SPARKS, ESQ.
Nevada State Bar No. 4757
Law Offices of Robert K. Sparks
7424 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 401-5555
(800) 428-4485 Fax
*Attorney for Plaintiff Veronica Kontilai*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA KONTILAI,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC CARD SERVICES (III), INC.; HSBC CARD SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC.; TRANS UNION, LLC,; EXPERIAN INFORMATION SOLUTIONS, INC.; DOES I through XX, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:08-cv-00763-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, VERONICA KONTILAI, by and through her attorney, Robert K. Sparks, Esq., of the Law Offices of Robert K. Sparks; Defendants, HSBC CARD SERVICES (III), INC. and HSBC CARD SERVICES, INC., by and through their attorney, Rex D. Garner, Esq., of Morris, Pickering & Peterson; Defendant, EQUIFAX INFORMATION SERVICES, LLC., by and through its attorney, Paul Swenson Prior, Esq., of Snell & Wilmer, LLP; Defendant, TRANS UNION, LLC, by and through its attorney, Darrell D. Dennis, Esq., of Louis, Brisbois, Bisgaard & Smith, LLP; and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., by and through its attorney, Franchesca V. Van Buren, of Lewis & Roca, LLP, as follows:

    1.    That the above-entitled action, Case Number 2:08-cv-00763-RCJ-GWF, shall be dismissed, with prejudice; and

2. That all parties herein shall bear their own attorney's fees and costs, as well as other related expenses associated with this matter.

Law Offices of Robert K. Sparks

_____  9-22-08
Robert K. Sparks, Esq.    Date
Nevada State Bar No. 4757
7424 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*Veronica Kontilai.*

Lewis & Roca, LLP

_____
Francesca V. Van Buren, Esq.   Date
Nevada State Bar No. 10260
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

Snell & Wilmer, LLP

_____ 10/16/2008
Paul Swenson Prior, Esq.   Date
Nevada State Bar No. 9324
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax*
*Information Services, LLC*

Morris, Pickering & Peterson

_____ 10/9/08
Rex D. Garner, Esq.    Date
Nevada State Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for HSBC Defendants*

Lewis, Brisbois, Bisgaard & Smith LLP

_____ 10/6/08
Darrell D. Dennis, Esq.    Date
Nevada State Bar No. 6618
Jason G. Revzin, Esq.
Nevada State Bar No. 8629
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Attorneys for Defendant Trans Union, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____